13

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case: 5:25-cv-14102
Assigned To : Levy, Judith E.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 12/19/2025
Description: CMP MARC CAYCE V
GARY GINGSBURG (SS)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

**v.**

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Marc Cayce |
| Street Address | 14932 Artesian St. |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48223 |
| Telephone Number | 424-346-2114 |
| E-mail Address | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gary Gingsburg |
| Job or Title (if known) | GG Capital Investments, LLC |
| Street Address | 7071 Orchard Lake Road., Suite 250 |
| City and County | West Bloomfield, Oakland |
| State and Zip Code | Michigan, 48322 |
| Telephone Number | 818-481-8220 |
| E-mail Address (if known) | gagdc@sbcglobal.net |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 3

    Name      _____

    Job or Title
    (if known)      _____

    Street Address      _____

    City and County      _____

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address
    (if known)      _____

Defendant No. 4

    Name      _____

    Job or Title
    (if known)      _____

    Street Address      _____

    City and County      _____

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address
    (if known)      _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C. 1639c(a) and 12 C.F.R. 1026.43(c).

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff resides at 14932 Artesian St., Detroit, Michigan 48223, which was Plaintiff's principal dwelling. Defendant Gary Gingsburg, acting through GG Capital Investments, LLC, arranged and approved a loan secured by Plaintiff's residence. On or about December 20, 2017, Defendant caused Plaintiff to enter into a loan carrying an interest rate of approximately 15%. The loan was documented as a commercial loan, although it was secured by Plaintiff's principal dwelling and used for personal purposes. As part of the transaction, Defendant required Plaintiff to transfer title to the residence into a corporate entity designated by Defendant. Before Plaintiff became obligated, Defendant did not assess Plaintiff's ability to repay and did not provide written disclosures explaining how the interest rate or payments could change, including examples of the maximum possible payment amounts. Plaintiff entered into the loan without receiving these disclosures. After closing, Plaintiff experienced increased payment obligations, fees, and risk of loss of the residence. Defendant's conduct caused Plaintiff financial harm and loss of federally protected consumer rights. Plaintiff seeks statutory damages, actual damages, and other relief available under federal law.

5

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1 Plaintiff resides at 14932 Artesian St., Detroit, Michigan 48223, which was Plaintiff's principal dwelling.

2 Defendant Gary Gingsburg, acting through GG Capital Investments, LLC, arranged and approved a loan transaction involving Plaintiff's residence.

3 On or about December 20, 2017, Defendant caused Plaintiff to enter into a loan agreement secured by Plaintiff's residence for the amount of $57,500.00

4 The loan carried an interest rate of approximately 15%.

5 The loan was documented as a commercial or business loan, although it was secured by Plaintiff's principal dwelling and used for personal purposes.

6 As part of the transaction, Defendant required Plaintiff to transfer title to the residence into a corporate entity designated by Defendant.

7 Before Plaintiff became obligated on the loan, Defendant did not assess Plaintiff's ability to repay.

8 Defendant did not provide written disclosures explaining how the interest rate or payment could change, including examples of the maximum possible payment amounts.

9 Plaintiff entered into the loan without receiving these disclosures.

10 After the loan closed, Plaintiff experienced increased payment obligations, fees, and risk of loss of the residence.

11 Defendant's actions caused Plaintiff financial harm and loss of federally protected consumer rights.

12 Plaintiff seeks statutory damages, actual damages, and other relief available under federal law.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks the Court to order the following relief. Defendants obtained a default judgment against Plaintiff in the amount of $103,622.72 as of January 29, 2025, with interest accruing at a contractual annual rate of 15%. Defendants foreclosed on Plaintiff's residence and scheduled an auction sale for October 16, 2025, which caused Plaintiff to file an emergency Chapter 13 bankruptcy to stop the sale. As a result of Defendants' actions, Plaintiff suffered actual damages including the judgment amount of $103,622.72, ongoing interest, foreclosure-related fees and costs, bankruptcy filing fees and expenses, loss of equity in the residence, and financial hardship. Plaintiff also suffered severe emotional distress and mental breakdown related to the foreclosure and bankruptcy. The judgment, interest accrual, foreclosure status, and bankruptcy obligations are ongoing and continue to the present time. Plaintiff seeks actual damages in an amount to be determined, punitive damages to deter similar conduct, and such other relief as the Court deems just and proper.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _12/19_____, 20_25_.

Signature of Plaintiff _____

Printed Name of Plaintiff _Marc Cayce_____

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

MARC CAYCE.
Plaintiff.

v.

GARY GINGSBURG.
and
GG CAPITAL INVESTMENTS, LLC.
Defendants.

Case No.: _____
Hon. _____

---

## COMPLAINT

### I. JURISDICTION

1.  This action arises under federal law. including **15 U.S.C. § 1635(c)(a)** and **12 C.F.R. § 1026.43(a)**.
2.  This Court has subject matter jurisdiction under **28 U.S.C. § 1331**.

### II. VENUE

3.  Venue is proper in this District under **28 U.S.C. § 1391(b)** because the property and events giving rise to this action are located in Detroit. Michigan.

### III. PARTIES

4.  Plaintiff **Marc Cayce** resides at **14932 Artesian St., Detroit, Michigan 48223**, which was Plaintiff's principal dwelling at all relevant times.
5.  Defendant **Gary Gingsburg** is an individual who arranged. approved. and controlled the loan transaction described below.
6.  Defendant **GG Capital Investments, LLC** is a business entity involved in originating. holding. and enforcing the loan at issue.

## IV. STATEMENT OF FACTS

7. On or about **December 20, 2017**, Defendants caused Plaintiff to enter into a loan transaction secured by Plaintiff's principal dwelling.
8. The loan carried an interest rate of approximately **15%**.
9. The loan was documented as a commercial or business loan, although it was secured by Plaintiff's residence and used for personal purposes.
10. As part of the transaction, Defendants required Plaintiff to transfer title to the residence into a corporate entity designated by Defendants.
11. Before Plaintiff became obligated on the loan, Defendants did not assess Plaintiff's ability to repay.
12. Defendants did not provide Plaintiff with written disclosures explaining how the interest rate or payments could change.
13. Plaintiff entered into the loan without receiving these disclosures.
14. After the loan closed, Plaintiff experienced increased payment obligations, fees, and risk of loss of the residence.
15. On or about **January 29, 2025**, Defendants obtained a default judgment against Plaintiff in the amount of **$103,622.72**, with interest accruing at **15% annually**.
16. Defendants foreclosed on Plaintiff's residence and scheduled an auction sale for **October 16, 2025**.
17. To stop the auction sale, Plaintiff filed an emergency **Chapter 13 bankruptcy**.
18. The judgment, interest accrual, foreclosure status, and bankruptcy obligations continue to the present time.

## V. DAMAGES

19. Plaintiff suffered actual damages including:

- **$103,622.72** default judgment;
- Accruing interest at **15% annually**;
- Foreclosure-related fees and costs;
- Bankruptcy filing fees and expenses;
- Loss of equity in the residence; and
- Severe emotional distress related to foreclosure and bankruptcy.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Award **actual damages** in an amount to be determined at trial;
B. Award **punitive damages** sufficient to deter similar conduct;
C. Grant **equitable relief** related to the judgment and foreclosure;

D. Award **costs of this action**; and

E. Grant such other relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**Marc Cayce**
Plaintiff, Pro Se
14932 Artesian St.
Detroit, MI 48223
Telephone: **424-346-2114**
Email: **marccayce@gmail.com**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MARC CAYCE

**DEFENDANTS**
Gary Gingsburg
GG CAPITAL INVESTMENTS,LLC,

**(b)** County of Residence of First Listed Plaintiff    WAYNE COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    OAKLAND COUNTY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability  ☐ 367 Health Care/ |  |  | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander   Personal Injury |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability  ☐ 368 Asbestos Personal |  | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine   Injury Product |  | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability |  | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability  **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  ☐ 371 Truth in Lending | Act |  | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability  ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury  ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
|  | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
|  | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** | ☐ 791 Employee Retirement |  | ☐ 893 Environmental Matters |
| ☑ 220 Foreclosure | ☐ 441 Voting  ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment  ☐ 510 Motions to Vacate |  | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence |  | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations  ☐ 530 General |  | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 535 Death Penalty |  | 26 USC 7609 | Act/Review or Appeal of |
|  | Employment  **Other:** | **IMMIGRATION** |  | Agency Decision |
|  | ☐ 446 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of |
|  | Other   ☐ 550 Civil Rights | ☐ 465 Other Immigration |  | State Statutes |
|  | ☐ 448 Education  ☐ 555 Prison Condition | Actions |  |  |
|  | ☐ 560 Civil Detainee -  |  |  |  |
|  | Conditions of  |  |  |  |
|  | Confinement  |  |  |  |

290

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?                    ☐ Yes
                                                                                  ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other          ☐ Yes
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same   ☐ No
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :