# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Marc Cayce,

                Plaintiff,        Case No. 25-cv-14102

v.                                  Judith E. Levy
                                    United States District Judge

Gary Gingsburg,

                                    Mag. Judge Elizabeth A. Stafford

                Defendant.

_____/

# ORDER (1) STRIKING PLAINTIFF'S APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS [2, 6], (2) REQUIRING PLAINTIFF TO SUBMIT A REVISED APPLICATION OR PAY THE FILING FEE, AND (3) DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT THAT CLARIFIES THE DEFENDANT(S) IN THE <u>CASE</u>

The Court has reviewed Plaintiff Marc Cayce's Applications to Proceed in District Court Without Prepaying Fees or Costs (or to proceed *in forma pauperis*). (ECF Nos. 2, 6.) The Court strikes those documents for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐  Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐  Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐  Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☒  Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Other: _____.

The documents (ECF Nos. 2, 6) are STRICKEN and not part of the record.

If Plaintiff wishes to renew his request to proceed without prepaying the fees or costs for this litigation, he must submit a revised Application to Proceed in District Court Without Prepaying Fees or Costs by **April 30, 2026**. Plaintiff's revised application must (1) address the deficiency identified above, (2) answer each of the questions that

appear in the application,[1] and (3) contain Plaintiff's handwritten signature. *See* Fed. R. Civ. P. 11(a) ("Every . . . paper must be signed . . . by a party personally if the party is unrepresented."). If Plaintiff declines to submit a revised Application to Proceed in District Court Without Prepaying Fees or Costs, he must pay the filing fee by **April 30, 2026**.

In addition, Plaintiff must file an amended complaint that clarifies the Defendant(s) in the case. On certain pages of the form complaint, Plaintiff identifies one Defendant: Gary Gingsburg. (*See* ECF No. 1, PageID.2, 5–6.) But in a separate complaint attached to the form complaint, Plaintiff identifies two Defendants: Gary Gingsburg and GG Capital Investments, LLC. (*Id.* at PageID.9.) And in his now-stricken

---

[1] The Court notes that it previously issued an order in which it stated that

> Plaintiff's application to proceed *in forma pauperis* is incomplete. (ECF No. 2.) Plaintiff does not disclose his gross pay or wages, nor does he answer whether he has other sources of income besides Social Security payments. (*Id.*) . . . [W]ithout information about Plaintiff's employment or other sources [of] income, the Court cannot determine whether he is unable to pay the applicable filing fee.

(ECF No. 5, PageID.19.) If Plaintiff elects to submit a revised Application to Proceed in District Court Without Prepaying Fees or Costs, he must fully complete the application, including the parts that seek information about his wages and other income.

Applications to Proceed in District Court Without Prepaying Fees or Costs (ECF Nos. 2, 6), Plaintiff identifies only GG Capital Investments, LLC as the Defendant in the case caption. Because of these inconsistencies, Plaintiff must file an amended complaint by **April 30, 2026** that clarifies the Defendant(s) he is suing.

**Failure to comply with any part of this order may result in sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: April 2, 2026          s/Judith E. Levy
    Ann Arbor, Michigan       JUDITH E. LEVY
                                      United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 2, 2026.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager