**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Marc Cayce,

Plaintiff,

v.

Gary Gingsburg,

Defendant.

Case No. 25-cv-14102

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

________________________________/

**JUDGMENT**

For the reasons stated in the order entered on today's date, it is ordered and adjudged that the case is dismissed without prejudice.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/William Barkholz
DEPUTY COURT CLERK

Date: October 19, 2026

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE